**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | CIVIL NO. 3:22-CV-01088 (VAB) |
| V. | : | |
| | : | |
| HOTCHKISS SCHOOL, | : | |
| | : | |
| Defendant. | : | AUGUST 28, 2025 |

**DEFENDANT'S MOTION FOR ORDER REGARDING MR. DOE'S CONTACT**
**INFORMATION AND SERVICE OF PROCESS ISSUES**

Defendant Hotchkiss School ("Hotchkiss") files this motion seeking an order from the Court to (1) obtain Mr. Doe's contact information and (2) address the procedures for service of process in this case. Since Mr. Doe is proceeding under a pseudonym and is now self-represented, Hotchkiss requires the Court's intervention to address these issues before this case can meaningfully proceed.

First, the Court ordered a discovery conference for September 11, 2025 at 2:00 PM and required both parties to meet and confer by September 6, 2025 on the scope of discovery and a proposed discovery schedule for the remaining claim in this case (i.e., Doe's breach claim related to the composition of the Committee). Unfortunately, Hotchkiss has no present ability to contact Mr. Doe as his home address, phone number, and email address have not been provided. In fact, Hotchkiss did not receive a copy of Mr. Doe's unredacted appearance, which was filed under seal (see Doc. No. 141). Hotchkiss proposes that the Court order Mr. Doe to provide his current home address, phone number, and email address to Hotchkiss' counsel **on or before September 3, 2025**, so that the parties can meet and confer in advance of the September 6th deadline.

Second, Hotchkiss also seeks an order from the Court on several service of process issues in this case. As mentioned above, Hotchkiss has not received service of documents filed by Mr.

Doe under seal.  Additionally, Hotchkiss does not have the ability to serve Mr. Doe with filings in this case (including this Motion).  Defendant hereby moves for an order:

> (1) Requiring Mr. Doe to email copies of any filings made under seal to undersigned counsel for Hotchkiss (adepeau@rc.com; jwhite@rc.com; and jscoville@rc.com) on the same day the documents were mailed or delivered to the Court, and

> (2) Providing that Hotchkiss may serve Mr. Doe by sending copies of all filings to an email address designated by Mr. Doe, which shall constitute proper service in this case. Hotchkiss shall serve all documents in PDF format in the same format as filed on the ECF system and as required by Connecticut Local Rule 7(a)(5).

The above order is necessary to ensure the parties receive filings in a timely and orderly fashion. As the Court is aware, Mr. Doe has previously reported that he failed to receive notice from his former lawyers of certain court filings.  *See* Order (Doc. No. 139) (noting "difficulty Mr. Doe may have experienced … being aware of the Court's previous Order, or responding to it"). Additionally, during a conversation between Mr. Doe and Hotchkiss' counsel in July of 2025, Mr. Doe demanded that Hotchkiss's counsel provide copies of all filings in the case in a Word document and in a special enlarged font size.  Mr. Doe claimed that any refusal to do so would constitute a violation of the Americans with Disabilities Act (the "ADA") by Hotchkiss.  Hotchkiss would prefer to address these service issues now in order to avoid unnecessary litigation over these issues in the future.

For all of these reasons, Hotchkiss moves for an order of the Court to obtain Mr. Doe's contact information and to establish the requirements for service of process.

**THE HOTCHKISS SCHOOL**

By: */s/ Andrew A. DePeau*

    Andrew A. DePeau (ct30051)
    Jeffrey J. White (ct25781)
    Jenna Scoville (ct ct30949)
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Tel. No.: (860) 275-8200
    Fax No.: (860) 275-8299
    *adepeau@rc.com;*
    *jwhite@rc.com;*
    *jscoville@rc.com*

## <u>CERTIFICATION</u>

I hereby certify that Hotchkiss does not presently have the ability to serve Mr. Doe with a copy of the foregoing motion.  Undersigned counsel shall serve a copy of this motion upon Mr. Doe by U.S. mail and his email address within one (1) business day after Mr. Doe provides Hotchkiss' counsel with his contact information.

*/s/ Andrew A. DePeau*
Andrew A. DePeau
